CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Douglas Edwin Dempsey  #96821
**Full Name of Plaintiff / Inmate Number**

v.

Officer Tanner N. Tyson
**Name of Defendant 1**

York County Courts
**Name of Defendant 2**

David Eshbach
**Name of Defendant 3**

Northern York Regional Police Department
**Name of Defendant 4**

York County Prison
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
HARRISBURG, PA

MAY 11 2021

PER __IBR__
DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

Dempsey Douglas E.
Name (Last, First, MI)

96821
Inmate Number

York County Prison
Place of Confinement

3400 Concord Rd.
Address

York PA 17402
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Officer Tanner N. Tyson (Tyson, Tanner)
                                    last    right
Name (Last, First)

Police Officer
Current Job Title

1445 E. Canal Rd.
Current Work Address

Dover PA 17315
City, County, State, Zip Code

Defendant 2:

York County Courts

Name (Last, First)

Judges

Current Job Title

45 N. George St.

Current Work Address

York PA 17401

City, County, State, Zip Code

Defendant 3:

David Eshbach   (Eshbach, David)

Name (Last, First)

Magistrate Judge

Current Job Title

2990 Grenway Rd.

Current Work Address

Dover Pa 17315

City, County, State, Zip Code

Defendant 4:

Northern York Regional Police Department

Name (Last, First)

Current Job Title

1445 E. Canal Rd.

Current Work Address

Dover Pa 17315

City, County, State, Zip Code

Defendant 5:

York County Prison

Name (Last, First)

Current Job Title

3400 Concord Rd.

Current Work Address

York PA 17402

City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

The incident occured in my home which was 1970 Wyatt Circle Dover PA 17315. on a Wednesday night into early Thursday morning

B. On what date did the events giving rise to your claim(s) occur?

Went through the night of Wednesday June 5 into early morning of Thursday June 6th 2019.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I, Douglas Dempsey, was attacked in my home by a female, Melissa Genner. Because officer Tanner Tyson and the rest of Northern York Regional Police Department were discriminate and sexiest I was the one arrested. They left the perpetrator at/in my home to steal my things. They also denied proper and adequate medical treatment at the hospital.
Which lead to a hearing with local magistrate Judge David Eshbach who placed an excessively high bail of $100,000 and a no contact order with my kids.
Later to be sent to prison and denied a phone call to post bail. Out on bail, Judge Synder revoked my bail at pre-trial on Dec. 10th 2019 and still today, May 1st 2021, I have yet to have a trial.
On March 11th 2021 the district attorney offered 3 to 6 years sentence but Judge Ness threatens to give me 12 to 24 years sentence if I fail proving my innocence, an excessive and cruel punishment      continued on additional page...

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1) Defendant #1 (Officer Tanner Tyson) and other Northern York Regional Police officers (defendant #4) were in fact discriminatory, sexist and denied my right under Stand Your Ground Law, which states that a person has the right to be and may use deadly force to repel. Instead they gave me a cruel punishment violating the 8th amendment and I should of had a right to amendment 14(b) which states, no state shall deny any person within its jurisdiction the equal protection of the laws.

2) Later resulting in magistrate Judge David Eshbach (defendant #3) setting an excessively high bail of $100,000 violating Amendment 8 which states specifically the right to be free from cruel and unusual punishment and excessively high bail. continued...

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

My kids and I are still suffering severe mental and emotionally. I've also took a massive financial plunge. Physically I had to get surgery on my right elbow, glue my ear from being bitten and torn both shoulders.

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Custody of my kids and our home back, would be nice... with a reliable vehicle. Monetary compensation for stolen property, mental and physical suffering, time loss with children, loss of work and the inability to perform normal activities, kids college savings and lawyer fees.

Additional page for as follows:

**III C. continued...**

Due to the attack I had surgery on my right elbow on Nov. 18 2019. Three weeks later, Judge Synder revoked my bail and sent me to York County Prison. Upon arrival I told medical staff I have a follow up appointment for my surgery on Jan 5th 2020. Staff did say they'd take me and schedule an appointment for my shoulder same time. Staff still neglected to transport me to my doctors. Later resulting in improper healing and needing surgery again. I've experienced numerous encounters with prison staff on safety, neglect, discrimination and cruelty throughout incarceration.

**IV. legal claims continued...**

3) On Dec. 10th 2019 at my pre-trial conference the York County Courts (defendant #2) Judge Synder revoked my bail sending me to prison. Still today, on May 1st 2021, I have yet to have trial. Violating our 6th amendment of our right to a speedy and fair trial. And later, on March 17th 2021, York County Courts (defendant #2) Judge Ness gave me threats of purposely violating our 8th amendment by stating he'd give me a length sentence ("12 to 24 years") if I fail at the attempt to prove my innocence.

4) Due to the incident on Jun 6th 2019, York County Prison (defendant #5) placed me at highest security level which violates amendment 4 and 8. I've had numerous discrimination incidents, denial of my right to proper and adequate medical treatment.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

5-1-2021
_____
Date

4-29-21

To whomever this concerns,

    I, Douglas Dempsey, have filled out all enclosed documents to the best of my knowledge. I apologize for any mistakes. The correctional officers took most my paperwork including the instructions. I initially was waiting to be released from prison to file but someone told me I only have two years from the date of the incident to file. I don't know if thats true or if I can file an extension and I still have yet to go to court.

    I did try to get professional help but I never heard anything back. With the two year mark coming, I'm rushing to send this out. Again please forgive any errors and any help given will be greatly appreciated. Thank you!

                        sincerely,

                         *[signature]*

