IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOUGLAS EDWIN DEMPSEY, | : | |
|     Plaintiff | : | No. 1:21-cv-00852 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| YORK COUNTY COURTS, <u>et al.</u>, | : | |
|     Defendants | : | |

# ORDER

Before the Court is the May 12, 2021 Report and Recommendation of Magistrate Judge Carlson (Doc. No. 8), recommending that the Court dismiss <u>pro se</u> Plaintiff Douglas Edwin Dempsey ("Plaintiff")'s complaint (Doc. No. 1) pursuant to the Court's screening obligations under 28 U.S.C. § 1915(e)(2)(B)(ii). No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 1st day of June 2021, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court **ADOPTS** Magistrate Judge Carlson's May 12, 2021 Report and Recommendation (Doc. No. 8);

2. Plaintiff's complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint within twenty-one (21) days of the date of this Order that corrects the deficiencies identified in the Report and Recommendation; and

3. The above-captioned action is **RECOMMITTED** to Magistrate Judge Carlson for further pretrial management.

                                                  s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania